IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL JORDAN,                           )
                          Plaintiff,      )
                                          ) Civil Action No. 11-604
          vs.                             ) Chief District Judge Gary L. Lancaster
                                          ) Magistrate Judge Maureen P. Kelly
SCI PITTSBURGH, JEFFERY BEARD,            )
Secretary of Correction Central Office of Doc., )
                          Defendants)

## O R D E R

AND NOW, this _____ 10th _____ day of April, 2012, after the Plaintiff, Michael

Jordan, filed an action in the above-captioned case, and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties until March 30, 2012, to file

written objections thereto, and Plaintiff's copy of the Report and Recommendation having been

returned from SCI Forest indicating they are unable to forward, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which

is adopted as the opinion of this Court,

            IT IS HEREBY ORDERED that the Amended Complaint is dismissed for failure

to prosecute.

            IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Gary L. Lancaster
Chief United States District Judge

cc:    Honorable Maureen P. Kelly
      United States Magistrate Judge

      Michael Jordan
      JE-4136
      SCI Forest
      P.O. Box 945
      Marianville, PA 16234

      All Counsel of Record by electronic filing