IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL JORDAN,                 )
               Plaintiff,  )
                            ) Civil Action No. 11-604
     vs.                 ) Chief District Judge Gary L. Lancaster
                            ) Magistrate Judge Maureen P. Kelly

SCI PITTSBURGH, JEFFERY BEARD,    )
Secretary of Correction Central Office of Doc., )
             Defendants)

## O R D E R

AND NOW, this ___**10**<sup>th</sup>___ day of April, 2012, after the Plaintiff, Michael

Jordan, filed an action in the above-captioned case, and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties until March 30, 2012, to file

written objections thereto, and Plaintiff's copy of the Report and Recommendation having been

returned from SCI Forest indicating they are unable to forward, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which

is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the Amended Complaint is dismissed for failure

to prosecute.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                             _____
                             Gary L. Lancaster
                             Chief United States District Judge

cc:    Honorable Maureen P. Kelly
       United States Magistrate Judge

       Michael Jordan
       JE-4136
       SCI Forest
       P.O. Box 945
       Marianville, PA 16234

       All Counsel of Record by electronic filing